717 A.2d 1021

**Keith M. SCOTT, Appellee,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellant.**

Supreme Court of Pennsylvania.

Sept. 10, 1998.

Thomas W. Corbett, Jr., Gregory R. Neuhauser, John G. Knorr, Harrisburg, for appellant.

George W. Westervelt, Jr., Stroudsburg, for appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE and NIGRO, JJ.

### *ORDER*

PER CURIAM:

**AND NOW,** this 10th day of September, 1998, the Petition on Remand For Affirmance Of This Court's Judgment On State Constitutional Grounds is denied. The Order of the Pennsylvania Board of Probation and Parole is reinstated.

NEWMAN, J., did not participate in the consideration or decision of this matter.